UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIGI GIROTTO,<br><br>                              Plaintiff,<br><br>                    -v.-<br><br>ZCRAVE, INC, a Florida corporation,<br>D/B/A ZCRAVE FLAGSHIP SOHO NYC,<br>and THOR 25 MERCER RETAIL LLC, a<br>Delaware limited liability company,<br><br>                              Defendants. | 23 Civ. 8738 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

In light of the parties' mediation conference currently scheduled for July 1, 2024, the post-fact conference scheduled for June 25, 2024, is hereby ADJOURNED *sine die*.

SO ORDERED.

Dated:   June 18, 2024
             New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge