UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIGI GIROTTO,<br><br>                        Plaintiff,<br><br>            -v.-<br><br>ZCRAVE, INC., *d/b/a* ZCRAVE FLAGSHIP SOHO NYC, and THOR 25 MERCER RETAIL LLC,<br><br>                        Defendants. | 23 Civ. 8738 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On August 26, 2024, the Court was notified that mediation in this matter was unsuccessful. Accordingly, the parties are hereby ORDERED to file a joint letter on the status of this case and proposed next steps on or before **September 17, 2024**.

SO ORDERED.

Dated:   September 3, 2024
         New York, New York

                                             *Katherine Polk Failla*
                                             _____
                                             KATHERINE POLK FAILLA
                                             United States District Judge