DAVID J. GRECH
DGRECH@GRSM.COM



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

October 11, 2024

**VIA ECF**
The Honorable Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



      Re:    *Girotto v. Zcrave, Inc. et al.*
               Case No.: 1:23-cv-08738-KPF

Dear Judge Failla:

      We represent co-defendant Thor 25 Mercer Retail LLC ("Thor 25") and write pursuant to Rule 2(C)(i) of Your Honor's Individual Rules of Practice in Civil Cases to respectfully request a short adjournment of the conference currently scheduled for October 15, 2024.

      The undersigned is lead counsel for Thor 25 in this case and is also lead defense counsel in a case presently pending before the Philadelphia District Office of the U.S. Equal Employment Opportunity Commission and the Pennsylvania Human Relations Commission under Charge Number 530-2024-05807. We have received confirmation that the EEOC will be proceeding with mediation in that case on October 15, 2024.

      We have shared this scheduling conflict with Plaintiff's counsel, and they consent to this request. This is Thor 25's first request to adjourn this conference. We appreciate the Court's attention to this matter and are available at the Court's convenience should it have any questions.

      Respectfully submitted,

      */s/ David J. Grech*

      David J. Grech

cc:    All Attorneys of Record (*via* ECF)
       Chambers (*via* email)

Application GRANTED.  The conference currently scheduled for October 15, 2024, is hereby ADJOURNED to **October 17, 2024,** at **11:00 a.m.**  As before, the conference will be telephonic.

The Clerk of Court is directed to terminate the pending motion at docket entry 29.

Dated:     October 11, 2024,
           New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE