UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIGI GIROTTO,

                Plaintiffs,

-v.-

ZCRAVE, INC., *d/b/a* ZCRAVE FLAGSHIP SOHO NYC, and THOR 25 MERCER RETAIL LLC,

                Defendants.

23 Civ. 8738 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    At a conference held on October 17, 2024, the Court ordered Plaintiff to file an amended complaint, or a letter stating that no amended complaint would be filed, on or before November 18, 2024. Furthermore, the Court ordered Defendant Thor 25 Mercer Retail LLC to file an answer, or a motion to dismiss, on or before December 20, 2024. On November 18, 2024, Plaintiff filed a letter informing the Court that he would not be amending his complaint. (Dkt. #31). And on December 20, 2024, Defendant Thor 25 Mercer Retail LLC filed an answer, including cross-claims against Defendant ZCrave, Inc. (Dkt. #34). Accordingly, the parties are hereby ORDERED to file a joint letter informing the Court of their proposed next steps in this matter, including as appropriate a revised case management plan, on or before **January 10, 2025**.

    SO ORDERED.

Dated:  December 23, 2024
            New York, New York

                                                  KATHERINE POLK FAILLA
                                                  United States District Judge