

**DAVID J. GRECH**
dgrech@grsm.com

1 Battery Park Plaza, 28th Floor
New York, NY 10004
www.grsm.com

**MEMO ENDORSED**

April 2, 2026

**VIA ECF**
The Honorable Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> Re:     *Girotto v. Zcrave, Inc. et al.*
>          Case No.: 1:23-cv-08738-KPF

Dear Judge Failla:

We represent co-defendant Thor 25 Mercer Retail LLC ("Thor 25") in this case.  We write, pursuant to Rule 2(C)(i) of Your Honor's Individual Rules of Practice in Civil Cases and with Plaintiff's consent, to respectfully request an extension of time for the parties to submit their proposed revised Case Management Plan.

Today, an opportunity for Thor 25 and Plaintiff to salvage their settlement presented itself. We have shared information concerning this development with Plaintiff's counsel.  The parties require additional time to discuss this development and to finalize details.  Thus, we respectfully request an extension of time of just two (2) weeks, from April 3, 2026 to April 17, 2026, for the parties to file their proposed revised Case Management Plan with the Court.  Given this development, we hope that ultimately that filing will not be required at all.

This is the first request for an extension of time for the parties to submit their proposed revised Case Management Plan.  The requested extension would not affect any other scheduled date or deadline in this case.

We thank the Court for its attention to this matter.

> Respectfully submitted,
>
> */s/ David J. Grech*
> David J. Grech

Hon. Katherine Polk Failla, U.S.D.J.
U.S. District Court, S.D.N.Y.
April 2, 2026
Page 2 of 2


Cc:    Chambers (by email)
       All Attorneys of Record (by ECF)
       Stacey Lara and Thomas DeBow, Holland & Knight LLP, Counsel to the Court-
       appointed Receiver of 25 Mercer Street, New York, NY (by email)


Application GRANTED.  The deadline for the parties to propose a revised Case Management Plan is hereby ADJOURNED to on or before **April 17, 2026.**

The Clerk of Court is directed to terminate the pending motion at docket entry 67.

Dated:    April 3, 2026        SO ORDERED.
         New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE